

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  FEB 19 2019  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ILYA SHAFIR on behalf of himself and
all other similarly situated consumers

                Plaintiff,

-against-

CONVERGENT HEALTHCARE RECOVERIES, INC.

                Defendant.

---

Case No.

1:18-cv-06518-KAM-JO

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
        February 14, 2019

                                          /s/ Maxim Maximov
                                          Maxim Maximov, Esq.
                                          Maxim Maximov, LLP
                                          Attorney for the Plaintiff
                                          1701 Avenue P
                                          Brooklyn, New York 11229
                                          Office: (718) 395-3459
                                          Facsimile: (718) 408-9570
                                          E-mail: m@maximovlaw.com

2/15/2019

So Ordered: _s/KAM_
                Kiyo A. Matsumoto
                U.S. District Judge